UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Anton L. Stinson
                        Plaintiff,

v.                                                       Case No.: 1:21−cv−03347
                                                       Honorable Edmond E. Chang

City Of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 10, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: The defense's unopposed extension motion to reply on the dismissal motion [101] is granted, and the brief is accepted. The tracking status hearing of 07/14/2023 is reset to 09/29/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). The motion of attorney Mitchell Paglia to withdraw as counsel for the Defendants [103] is granted. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.